**Order entered September 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01081-CV

## IN RE ROTEM FARTOOK, Relator

**Original Proceeding from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-11103**

## ORDER
Before Justices Francis, Brown, and Whitehill

Based on the Court's opinion of this date, we **DENY** relator's September 12, 2017 petition for writ of mandamus.


/s/     ADA BROWN
        JUSTICE